**DISMISS; and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01205-CV

### JALIA STEPHENS, Appellant
### V.
### ROSELAND ESTATES, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03495-D**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Appellant's brief was due by June 19, 2015. By letter dated June 29, 2015, the Court notified appellant that her brief was overdue. We directed appellant to file, within ten days, her brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed her brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

141205F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JALIA STEPHENS, Appellant

No. 05-14-01205-CV    V.

ROSELAND ESTATES, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-14-03495-D.

Opinion delivered by Justice Fillmore, Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Roseland Estates recover its costs of this appeal from appellant Jalia Stephens.

Judgment entered this 28th day of July, 2015.